IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMY DUT HING CHIU,

    Petitioner,                    No. CIV S-06-0962 MCE DAD P

    vs.

RICHARD KIRKLAND, Warden,

    Respondent.                 ORDER

_____/

    Petitioner has requested a sixty-day extension of time to file an amended petition for writ of habeas corpus pursuant to the court's order filed December 6, 2006.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's December 18, 2006 motion for extension of time is granted; and

    2. Petitioner is granted an extension of time to February 6, 2007, in which to file an amended petition for writ of habeas corpus.

DATED: December 22, 2006.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
chiu0962.111