IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMY DUT HING CHIU,

    Petitioner,                             No. CIV S-06-0962 MCE DAD P

    vs.

RICHARD KIRKLAND, Warden,

    Respondent.                         <u>ORDER</u>

_____/

       Petitioner, a state prisoner proceeding pro se, has filed an amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, attacking a judgment of conviction entered by the Sacramento County Superior Court. Petitioner has paid the required filing fee.

       In his amended petition, petitioner notes "I am submitting an additional Memorandum of points and Authorities that support these SIX GROUNDS in further detail." (Pet. at 6(a).) The court has not received the memorandum of points and authorities to which petitioner has referred. Accordingly, the court will grant petitioner thirty days leave to file a complete amended petition.

       In accordance with the above, IT IS HEREBY ORDERED that:

       1. Petitioner's amended petition is dismissed;

/////

1

      2. Petitioner is granted thirty days from the date of this order to file a second amended petition that complies with this order and Rule 2 of the Federal Rules Governing § 2254 Cases; the second amended petition must be titled "Second Amended Petition" and must bear the case number assigned to this action; and

      3. The Clerk of the Court is directed to send petitioner a form petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

DATED: February 29, 2008.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
chiu0962.amp

2