IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEREMY DUT HING CHIU,** | CIV S-06-0962 MCE DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **RICHARD KIRKLAND, Warden,** | |
| Respondent. | |

On May 6, 2008, Respondent filed a request for an extension of time to file a response to Petitioner's second amended petition for writ of habeas corpus. Upon considering Respondent's request, and good cause appearing, Respondent shall have an additional 30 days, to and including June 13, 2008, to file a response to Petitioner's second amended petition for writ of habeas corpus.

DATED: May 7, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/chiu0962.111res