IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMY DUT HING CHIU,

    Petitioner,               No. CIV S-06-0962 MCE DAD P

    vs.

RICHARD KIRKLAND, Warden

    Respondent.             <u>ORDER</u>

_____/

    Petitioner has requested an extension of time to file a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's August 14, 2008 request for an extension of time (Doc. No. 18) is granted; and

    2. Petitioner is granted ninety days from the date of this order in which to file and serve his traverse.

DATED: August 21, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:ak/4
chiu0962.111a